No. 1205. STUBBS, TRUSTEE IN BANKRUPTCY, *v.* FULTON NATIONAL BANK. May 21, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application. *Mr. William A. Sutherland* for petitioner. *Mr. Marion Smith* for respondent.

No. 1129. QUINN *v.* HEINZE, WARDEN. May 21, 1945. Petition for writ of certiorari to the Supreme Court of California denied.

No. 1130. UNITED STATES EX REL. McCANN *v.* THOMPSON, WARDEN. May 21, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Gene McCann, pro se. Assistant Solicitor General Cox, Assistant Attorney General Tom C. Clark, Messrs. Robert S. Erdahl* and *Irving S. Shapiro* for respondent.

No. 1145. SORENSON *v.* LEE COUNTY DISTRICT COURT. May 21, 1945. Petition for writ of certiorari to the Supreme Court of Iowa denied.

No. 1151. MOORE *v.* BAILEY. May 21, 1945. Petition for writ of certiorari to the Supreme Court of Tennessee denied. *Mollie Moore, pro se. Mr. Campbell Yerger* for respondent.

No. 1154. REDMON *v.* SQUIER, WARDEN. May 21, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Danial Jay Redmon, pro se. Assistant Solicitor General Cox, Assistant*